IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Danny Joseph Williams, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv479 |
| vs. : | |
| : | Judge Susan J. Dlott |
| University Hospital, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman filed on September 15, 2015 (Doc. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 2, 2015, hereby ADOPTS said Report and Recommendation.

Plaintiff failed to comply with the Court Order of August 12, 2015 (Doc. 2), therefore, this case is DISMISSED for want of prosecution and failure to obey a Court Order.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court